UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN CRUZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OPTION CARE ENTERPRISES, INC.,<br><br>　　　　Defendant. | Case No. 21-cv-02944-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 14 |

The parties have filed a notice of settlement. ECF No. 14. Accordingly, any scheduled hearings or deadlines are vacated. Plaintiff's individual claims are hereby dismissed with prejudice, and the class action claims are dismissed without prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within ninety days of the date of this order.

**IT IS SO ORDERED**.

Dated: July 22, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge